B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Manning, Joan Elizabeth** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA JEM Financial; DBA JEM Financial Consulting; AKA<br>Joan E Manning; AKA Joan Manning** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4800** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2200 Colorado Avenue, Apt. 248<br>Santa Monica, CA**<br>ZIP Code **90404** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 7577<br>Santa Monica, CA**<br>ZIP Code **90406-7577** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Manning, Joan Elizabeth** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _/s/ Kathleen P. March_                    March 3, 2010<br>Signature of Attorney for Debtor(s)          (Date)<br>**Kathleen P. March, Esq. 80366** |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Manning, Joan Elizabeth** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **Joan Elizabeth Manning**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 3, 2010**
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
**Kathleen P. March, Esq. 80366**
Printed Name of Attorney for Debtor(s)
**The Bankruptcy Law Firm, P.C.**
Firm Name
**10524 W. Pico Blvd.,**
**Suite 212**
**Los Angeles, CA 90064**

_____
Address

**Email: kmarch@BKYLAWFIRM.com**
**310-559-9224 Fax: 310-559-9133**
Telephone Number

**March 3, 2010                  80366**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Central District of California

In re   Joan Elizabeth Manning
_____   Case No. _____
                                    Debtor(s)          Chapter   7   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

       Signature of Debtor:

                        Joan Elizabeth Manning

       Date:   **March 3, 2010**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Kathleen P. March, Esq.**<br>**The Bankruptcy Law Firm, P.C.**<br>**10524 W. Pico Blvd.,**<br>**Suite 212**<br>**Los Angeles, CA 90064**<br>**310-559-9224 Fax: 310-559-9133**<br>**80366**<br>☒ Attorney for: *DEBTOR* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>       **Joan Elizabeth Manning**<br><br>                                          Debtor(s). | CASE NO.:<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

| | | |
|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: <u>**03/03/2010**</u> |
| ☒ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: |
| ☒ | Other:    **ALL** | Date Filed: |

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    <u>03/03/2010</u>
*Signature of Signing Party*                                            Date
**Joan Elizabeth Manning**
*Printed Name of Signing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration,* the *Declaration of Debtor(s) or Other Party,* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration,* the *Declaration of Debtor(s) or Other Party,* and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____    <u>03/03/2010</u>
*Signature of Attorney for Signing Party*                          Date
**Kathleen P. March, Esq. 80366**
*Printed Name of Attorney for Signing Party*

November 2006
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Los Angeles**                          , California.

Dated          **March 3, 2010**

Josh Elizabeth Manning
*Debtor*

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

B201 - Notice of Available Chapters (Rev. 12/08)                                           USBC, Central District of California

| Name: | **Kathleen P. March, Esq. 80366** |
| Address: | **10524 W. Pico Blvd.,** |
| | **Suite 212** |
| | **Los Angeles, CA 90064** |
| Telephone: | **310-559-9224** |  Fax: | **310-559-9133** |

■ Attorney for Debtor
☐ Debtor in Pro Per

| **UNITED STATES BANKRUPTCY COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: |
| **Joan Elizabeth Manning** <br> **DBA dba JEM Financial; DBA JEM Financial Consulting;** <br> **AKA Joan E Manning; AKA Joan Manning** | **NOTICE OF AVAILABLE CHAPTERS** <br><br> (Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. <u>**Services Available from Credit Counseling Agencies**</u>

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days <u>before</u> the** bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2. <u>**The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**</u>

    <u>**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**</u>

    1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
    2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
    3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

B201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.  **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Joan Elizabeth Manning** | X _____ | **March 3, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Joan Elizabeth Manning**

_____
Debtor

Case No. _____

Chapter_____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,478,500.00 | | |
| B - Personal Property | Yes | 5 | 903,130.17 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 5,388,220.17 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 3,377,895.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 15,140.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 22,662.44 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 3,381,630.17 | | |
| Total Liabilities | | | | 8,766,115.73 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Joan Elizabeth Manning** _____     Case No. _____

                                       Debtor

Chapter _____ 7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Joan Elizabeth Manning**                                    Case No. _____
_____
                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1040 4th St. #104, Santa Monica, CA 90403 50% owned indirectly by debtor, who is 50% policy holder in CALI 4 REAL ESTATE LLC (title holder)** | **50% Beneficial Joint Owner** | - | 250,000.00 | 758,355.21 |
| **1040 4th St. #306, Santa Monica, CA 90403 50% owned indirectly by debtor, who is 50% policy holder in CALI 4 REAL ESTATE LLC (title holder)** | **50% Beneficial Joint Owner** | - | 447,500.00 | 1,112,446.00 |
| **Condo 603 Ocean Ave. #1A, Santa Monica, CA 90402** | **Title Owner is the Revocable Living Trust of Joan Manning, beneficial owner is Debtor** | - | 1,781,000.00 | 3,490,879.00 |

|  | Sub-Total > | 2,478,500.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 2,478,500.00 |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    __Joan Elizabeth Manning_____,    Case No. _____

                              Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | - | 82.47 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Commerce Bank Personal Checking Account#1301 Encino Headquarters 16861 Encino Blvd., Encino, CA 91436** | - | 40.00 |
| | | **First Commerce Bank Checking Account#1954 / 603 Rental Account Encino Headquarters 16861 Encino Blvd., Encino, CA 91436** | - | 4,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit paid to Southern CA Edison** | - | 1,080.00 |
| | | **Deposit on Leased Office Space Equity Office (net owed is $443.20 after deduct rent owed)** | - | 443.20 |
| | | **Deposit to Plaza at the Arboretum Leasing Agent** | - | 600.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **2 couches, 22 chairs, 6 tables, 2 televisions, stereo, 2 vcr/dvd players, dvr (leased), 2 cabinets, table, server, bed, chest of drawers, 2 desks, clock radio, microwave, refrigerator, stove, dishes, cookware, love seat, ottoman, christmas decor and tree, bed linens, luggage, and other household goods** | - | 5,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, cds, dvds, silverware set for 12, antique cabinet** | - | 3,000.00 |
| | | **3 lithographs ($500 or less a piece) and 1 painted cat picture ($100)** | - | 1,300.00 |
| | | **pewter tea set** | - | 500.00 |

|  | Sub-Total > | 16,045.67 |
|---|---|---|
|  | (Total of this page) | |

__4__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joan Elizabeth Manning**                                                 Case No. _____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 6. Wearing apparel. | | Woman's pants, shirts, blouses, suits, jeans, shorts, dresses, skirts, shoes, tennis shoes, jackets, sweaters, and other apparel | - | 1,000.00 |
| 7. Furs and jewelry. | | diamond necklace, earrings, wedding ring, bracelets, and other costume jewelry, fur caplet | - | 1,300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | running shoes, ski poles, snorkel and swim fins | - | 150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance Policy on Richard J Manning Owner on policy is Daniel Joseph, but he is deceased, so actual owners are debtor and debtor's brother New York Life P.O. Box 6916 Cleveland, OH 44101-1916 Value of debtor's 50% of cash value is $2,086 | - | 2,086.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stock in Prudential Financial Inc. CPA Corp. Computer share acct. ending in #5569 | - | 477.00 |
| | | 100% of stock in JEM Financial, Inc., which is Joan's CPA business, value is Joan's services, little value without Joan | - | 5,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | 50% of Equity in Call4Real Estate, LLC, which owns the 2 condos on 4th Street listed in schedule A no equity above liens | - | 0.00 |

|  |  |
|---|---:|
| Sub-Total >  (Total of this page) | 10,013.00 |

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joan Elizabeth Manning**                                                    Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **100% of equity in JEM Financial Fitness LLC is owed Royalty stream which has not been paid for past 2 years, est. $50,000, but party that owes Debtor royalties, which is Mind Body Software, denies there have been any sales on which royalties are owed.** | - | 50,000.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Claim against brother Daniel S. Manning from net proceeds of CALI 4 REAL ESTATE LLC sale (if any) to reimburse debtor on supporting her disabled other brother Richard J Manning** | - | 675,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debtor has paid over 1 million into her CPA Corp., JEM Financial Group, Inc., but probably equity contribution, as no loan docs** | - | *UNKNOWN* |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Joan Manning Revocable Living Trust, which owns 100% property at 603 Ocean Ave. listed on Schedule A and Joan's 50% equity interest in Cal 4 Real Estate which is the holder to 2 condos 104 and 306 listed on Schedule A, and trust owns 100% of stock in Joans CPA corp. JEM Financial Group, Inc., a CA Corp.100% JEM Financial Fitness LLC.** | - | *real prop listed in SCHEDULE A + the stock is listed in Schedule B #18* |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Mind Body Software, for failing to pay royalties owed to JEM Financial Fitness, LLC. Royalty granted in connection with ligitgation settlement** | - | 50,000.00 |

| | | |
|---|---|---|
| | Sub-Total ><br>(Total of this page) | 775,000.00 |

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joan Elizabeth Manning**                                                    Case No. _____
                                         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                               Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Debtor has Intellectual property rights in financial accounting software which JEM Financial Fitness sells.**<br>**Any value is royalties that are owed, but which are not likely paid, by Mind Body Software.** | - | 50,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **CPA Licenses in Ca and IL**<br>**No Cash Value non-transferable** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 VW Beetle Convertible (wrecked) Fixed but still damaged**<br>**Leased with lease ending April 1, 2010.  Debtor will surrender** | - | 2,824.00 |
| | | **2006 Toyota Prius**<br>**Corp. JEM Financial Group, owns**<br>**but Joan personally guaranteed loan** | - | 7,172.50 |
| | | **2007 650i Convertible BMW**<br>**leased by CPA Corp. but Joan personally guaranteed Joan will surrender vehicle back to lender** | - | 40,875.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **None personally owned by debtor, Debtor's CPA Corp has desks, chairs, printers, scanners, fax machines, computers, phones, tables, and other office supplies (stock of CPA Corp. listed at #13 supra)** | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 dog and 1 cat** | - | 200.00 |

|  |  |
|---|---|
| Sub-Total > | 102,071.50 |
| (Total of this page) | |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Joan Elizabeth Manning**                                                    Case No._____
_____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 862,265.17 |

(Report also on Summary of Schedules)

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Joan Elizabeth Manning**                                                    Case No. _____

_____,
                                   Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on Hand | C.C.P. § 703.140(b)(5) | 82.47 | 82.47 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| First Commerce Bank Personal Checking Account#1301 Encino Headquarters 16861 Encino Blvd., Encino, CA 91436 | C.C.P. § 703.140(b)(5) | 40.00 | 40.00 |
| First Commerce Bank Checking Account#1954 / 603 Rental Account Encino Headquarters 16861 Encino Blvd., Encino, CA 91436 | C.C.P. § 703.140(b)(5) | 4,000.00 | 4,000.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Deposit paid to Southern CA Edison | C.C.P. § 703.140(b)(5) | 1,080.00 | 1,080.00 |
| Deposit on Leased Office Space Equity Office (net owed is $443.20 after deduct rent owed) | C.C.P. § 703.140(b)(5) | 443.20 | 443.20 |
| Deposit to Plaza at the Arboretum Leasing Agent | C.C.P. § 703.140(b)(5) | 600.00 | 600.00 |
| **Household Goods and Furnishings** | | | |
| 2 couches, 22 chairs, 6 tables, 2 televisions, stereo, 2 vcr/dvd players, dvr (leased), 2 cabinets, table, server, bed, chest of drawers, 2 desks, clock radio, microwave, refrigerator, stove, dishes, cookware, love seat, ottoman, christmas decor and tree, bed linens, luggage, and other household goods | C.C.P. § 703.140(b)(3) | 5,000.00 | 5,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, cds, dvds, silverware set for 12, antique cabinet | C.C.P. § 703.140(b)(3) | 3,000.00 | 3,000.00 |
| 3 lithographs ($500 or less a piece) and 1 painted cat picture ($100) | C.C.P. § 703.140(b)(3) | 1,300.00 | 1,300.00 |
| pewter tea set | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Woman's pants, shirts, blouses, suits, jeans, shorts, dresses, skirts, shoes, tennis shoes, jackets, sweaters, and other apparel | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Joan Elizabeth Manning**                                          Case No. _____

_____,
                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** diamond necklace, earrings, wedding ring, bracelets, and other costume jewelry, fur caplet | C.C.P. § 703.140(b)(4) | 1,300.00 | 1,300.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** running shoes, ski poles, snorkel and swim fins | C.C.P. § 703.140(b)(3) | 150.00 | 150.00 |
| **Interests in Insurance Policies** Life Insurance Policy on Richard J Manning Owner on policy is Daniel Joseph, but he is deceased, so actual owners are debtor and debtor's brother New York Life P.O. Box 6916 Cleveland, OH 44101-1916 Value of debtor's 50% of cash value is $2,086 | C.C.P. § 703.140(b)(8) | 4,173.00 | 2,086.00 |
| **Stock and Interests in Businesses** Stock in Prudential Financial Inc. CPA Corp. Computer share acct. ending in #5569 | C.C.P. § 703.140(b)(5) | 477.00 | 477.00 |
| 100% of stock in JEM Financial, Inc., which is Joan's CPA business, value is Joan's services, little value without Joan | C.C.P. § 703.140(b)(5) | 15,102.33 | 5,000.00 |
| **Office Equipment, Furnishings and Supplies** None personally owned by debtor, Debtor's CPA Corp has desks, chairs, printers, scanners, fax machines, computers, phones, tables, and other office supplies (stock of CPA Corp. listed at #13 supra) | C.C.P. § 703.140(b)(6) | 1,000.00 | 1,000.00 |
| **Animals** 1 dog and 1 cat | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |

|  | Total: | 39,448.00 | 27,258.67 |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07) - Cont.

In re __Joan Elizabeth Manning__ _____,        Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 6630 | | | Opened 3/28/07 Auto Lease 2007 VW Beetle Convertible Leased with lease ending April 1, 2010. Debtor will surrender on or prior to. Wrecked, but repaired, but still damaged. | | | | | |
| Vw Credit Inc 1401 Franklin Blvd Libertyville, IL 60048 | | - | | | | | | |
| | | | Value $              2,824.00 | | | | 2,824.00 | 0.00 |
| Account No. 2425 | | | 3/15/07 Note Secured by 1st DOT 1040 4th St. #306, Santa Monica, CA 90403 50% owned indirectly by debtor, who is 50% policy holder in CALI 4 REAL ESTATE LLC (title holder) | | | | | |
| Wa Mu/Chase P.O. Box 78148 Phoenix, AZ 85062-8168 | | X - | | | | | | |
| | | | Value $ FMV @/00% = 895,000.00 | | | | 1,112,446.00 | 217,446.00 |
| Account No. 9169 | | | 5/23/07 HELOC Secured by 2nd DOT Condo 603 Ocean Ave. #1A, Santa Monica, CA 90402 | | | | | |
| Washington Mutual Bank 3990 S Babcock St Melbourne, FL 32901 | | - | | | | | | |
| | | | Value $              1,781,000.00 | | | | 718,879.00 | 718,879.00 |
| Account No. 1799 | | | 12/05/06 Note Secured by 1st DOT Condo 603 Ocean Ave. #1A, Santa Monica, CA 90402 | | | | | |
| Washington Mutual Fa PO Box 1093 Northridge, CA 91328 | | - | | | | | | |
| | | | Value $              1,781,000.00 | | | | 2,772,000.00 | 991,000.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 4,606,149.00 | 1,927,325.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 5,388,220.17 | 2,187,051.17 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Joan Elizabeth Manning**                                                          Case No. _____

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Auto Lease | | | | | |
| **BMW Financial Services**<br>**Customer Communications Center**<br>**PO Box 3608**<br>**Dublin, OH 43016-0306** | X | - | **2007 650i Convertible BMW leased by CPA Corp. but personally guaranteed by Joan. Joan will surrender vehicle back to lender** | | | | | |
| | | | Value $           40,875.00 | | | | 8,000.00 | 0.00 |
| Account No. 9169 | | | Collection agency for Washington Mutual HELOC (2nd) on 603 Ocean property | | | | | |
| **GC Services LP**<br>**Collection Agency Division**<br>**6330 Gulton**<br>**Houston, TX 77081** | | - | | X | X | X | | |
| | | | Value $                  0.00 | | | | 0.00 | 0.00 |
| Account No. 1221 | | | 9/29/06<br>NOTE Secured by 1st DOT<br>1040 4th St. #104,<br>Santa Monica, CA  90403<br>50% owned indirectly by debtor, who is 50% policy holder in CALI 4 REAL ESTATE LLC (title holder) | | | | | |
| **Onewest Bank**<br>**6900 Beatrice Dr**<br>**Kalamazoo, MI 49009** | X | - | | | | | | |
| | | | Value $ *FMV 11/00* = 500,000.00 | | | | 758,355.21 | 258,355.21 |
| Account No. 8315 | | | Auto Lease | | | | | |
| **Toyota Financial Services**<br>**P.O. Box 60114**<br>**City Of Industry, CA 91716-0114** | X | - | **2006 Toyota Prius**<br>**Corp. JEM Financial Group, owns but Joan personally guaranteed loan** | | | | | |
| | | | Value $           14,345.00 | | | | 15,715.96 | 1,370.96 |
| **1**   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 782,071.17 | 259,726.17 |

B6E (Official Form 6E) (12/07)

In re   **Joan Elizabeth Manning**                                           Case No. _____

---

                                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                          **0**____ continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    __Joan Elizabeth Manning__ _____,      Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No. 5986** <br><br> AMCA <br> 2269 E. Saw Mill River Rd., Bldg 3 <br> Elmsford, NY 10523 | | - | | | 2/2009 <br> **Collection Agency for Pathology Inc.** | X | X | X | 0.00 |
| **Account No. 2001** <br><br> Amex Gold <br> P.O. Box 297871 <br> Fort Lauderdale, FL 33329 | | - | | | Credit Card | | | | 8,072.81 |
| **Account No. 1004** <br><br> Amex Platinum <br> P.O. Box 297871 <br> Fort Lauderdale, FL 33329 | | - | | | 4/03/81 <br> CreditCard | | | | 756.00 |
| **Account No. 9839** <br><br> Bank Of America <br> 4060 Ogletown Stan <br> Mailcode DES-019 <br> Newark, DE 19713 | | - | | | 12/01/96 <br> CreditCard | | | | 27,581.00 |
| **_9_**   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 36,409.81 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:39922-100208    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joan Elizabeth Manning**                                          Case No. _____
                                    _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9995**<br><br>Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801 | | - | 6/22/07<br>CreditCard | | | | 7,701.00 |
| Account No. **4004**<br><br>CA-Searise Office Tower Ltd.<br>233 Wilshire Blvd., Suite 325<br>North Hollywood, CA 91606 | | - | Former Landlord, claims owed $8,650.95 | X | X | X | 0.00 |
| Account No. **UNK**<br><br>Carol Hansen<br>11911 sAN vICENTE bLVD., #280<br>Los Angeles, CA 90049 | | | Medical support for disabled brother through June 30, 2009. | | | | 340.00 |
| Account No. **5013**<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | | | 5/15/01<br>CreditCard | | | | 5,771.22 |
| Account No. **8550**<br><br>Chase United Mileage Plus<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | - | 6/2001<br>Credit Card | | | | 60.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        13,872.22

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joan Elizabeth Manning**                                          Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 9927 | | | | 3/01/97 CreditCard | | | | |
| Citi P.O Box 6241 Sioux Falls, SD 57117 | | - | | | | | | 1,934.00 |
| Account No. 6686 | | | | 4/2009 Collection Agency for St. John's Emergency Medicine | | | | |
| CMRE Financial Services, Inc. 3075 E. Imperial Hwy., #200 Brea, CA 92821 | | - | | | X | X | X | 0.00 |
| Account No. 2713 | | | | 4/2009 Collection Agency for Mission Hospital Regional Medical | | | | |
| Collection Consultants of Calif 6100 San Fernando Rd. Ste 211 Glendale, CA 91201 | | - | | | X | X | X | 0.00 |
| Account No. | | | | claim that debtor owes him money relating to 2 condos 104 and 306 | | | | |
| Daniel S. Manning 55 Farlow Road Newton, MA 02458 | | - | | | X | X | X | 700,000.00 |
| Account No. | | | | Legal services bill | | | | |
| David LaFaille, Esq. 330 Wilshire Blvd. Santa Monica, CA 90401 | | - | | | | | | 25,000.00 |

| Sheet no. __2__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 726,934.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joan Elizabeth Manning**                                          Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. UNK<br><br>Dr. F. David Rudnick<br>501 Santa Monica Blvd., #509<br>Santa Monica, CA 90401 | | - | | Medical support for disabled brother through June 30, 2009. | | | | 1,391.00 |
| Account No. N/A<br><br>Eduardo Guzman<br>2858 Midvale Ave.<br>Los Angeles, CA 90017 | | - | | Personal Loan | | | | 320,000.00 |
| Account No.<br><br>Equity Office Properties<br>3200 Ocean Park Blvd., Suite 100<br>Santa Monica, CA 90405 | | - | | CA-Searise Office Tower LTD alleges debtor owes back rent on a office space which was leased, but actually debtor is owed approx. $400.  Lease end date was August 31, 2009. Landlord claiming rent through 10/31/09. | | | X | 8,339.60 |
| Account No.<br><br>Equity Office Properties<br>3200 Ocean Park Blvd., Suite 100<br>Santa Monica, CA 90405 | | - | | Former landlord claiming owed $11,675.40 | X | X | X | 0.00 |
| Account No.<br><br>Halling & Sokol LLP Lawyers<br>Chris W. Halling, Esq.<br>23586 Calabasas Road<br>Suite 200<br>Calabasas, CA 91302 | | - | | Attorney for CA-Sea Rise Office Tower Ltd. for lease agreement, claim amount $8,650.95 | X | X | X | 0.00 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                329,730.60

B6F (Official Form 6F) (12/07) - Cont.

In re   __Joan Elizabeth Manning_____,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No. 1221** | | | | | | | | |
| **Indymac Federal (Onewest Bank)** **PO Box 78826** **Phoenix, AZ 85062-8826** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| **Account No. 0683** | | | | 9/2009 Collection Agency for Verizon | | | | |
| **KCA Financial Services** **P.O. Box 53** **Geneva, IL 60134-0053** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| **Account No. Unk** | | | | Collection Account Original Creditor: Unknown creditor | | | | |
| **Landry & Jacobs** **10211 North 32nd Street** **Suite D-1** **Phoenix, AZ 85028** | | | | | X | X | X | |
| | | | | | | | | 0.00 |
| **Account No.** | | | | Medical | | | | |
| **Linda Metzner, Psy D.** **10334 Keswick Avenue** **Los Angeles, CA 90064** | | - | | | | | | |
| | | | | | | | | 6,000.00 |
| **Account No. UNK** | | | | Collection AGency for MVEP Medical Group | | | | |
| **Medicredit Inc.** **P.O. Box 410917** **Saint Louis, MO 63141** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal (Total of this page) | 6,000.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joan Elizabeth Manning**                                            Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical | | | | |
| Mission Hospital 27700 Medical Center Rd. Mission Viejo, CA 92691 | | - | | | | | 1,293.35 |
| Account No. 4040 | | | Medical | | | | |
| MVEP Medical Group P.O. Box 410917 Saint Louis, MO 63141 | | - | | | | | 27.15 |
| Account No. 591A | | | 4/16/2009 Medical Bill | | | | |
| Myriad Genetic Labortories 320 Wakara Way Salt Lake City, UT 84108 | | - | | | | | 1,491.29 |
| Account No. 9415 | | | 4/01/95 CreditCard | | | | |
| Nordstrom P.O. Box 13589 Scottsdale, AZ 85267 | | - | | | | | 16,142.00 |
| Account No. | | | Unsecured portion of mortgage loan on 4th Street property | | | | |
| Onewest Bank 6900 Beatrice Dr Kalamazoo, MI 49009 | | - | | | | | 258,355.21 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 277,309.00 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joan Elizabeth Manning**                                          ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **8157** | | | | | Collection Agency for Myriad Genetic Lab Inc. | | | | |
| **Outsource Receivables Mgmt.** P.O. Box 166 Ogden, UT 84402 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. **5986** | | | | | 2/2009 Medical | | | | |
| **Pathology Inc., a Medical Group** 19951 Mariner Ave., Suite 150 Torrance, CA 90503 | - | | | | | | | | |
| | | | | | | | | | 135.20 |
| Account No. **4347** | | | | | 1/28/97 Line of Credit | | | | |
| **Pentagon Federal Cr Un** P.O. Box 1432 Alexandria, VA 22313 | - | | | | | | | | |
| | | | | | | | | | 22,517.00 |
| Account No. | | | | | Former Employer making allegations re client billings | | | | |
| **Singer Lewark LLP** 10960 Wilshire Blvd., Suite 1100 Los Angeles, CA 90024 | - | | | | | X | X | X | |
| | | | | | | | | | 35,000.00 |
| Account No. **0104** | | | | | Collection Agency for Verizon | | | | |
| **Solomon & Solomon** Columbia Circle Box 15019 Albany, NY 12212-5019 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |

| Sheet no. __6__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 57,652.20 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joan Elizabeth Manning**                                      Case No. _____
                                          _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **Account No.** | | | | Medical support for disabled brother through June 30, 2009. | | | | |
| Tanya Vapnik 10921 Wilshire Blvd., #703 Los Angeles, CA 90024 | | - | | | | | | |
| | | | | | | | | 660.00 |
| **Account No.** | | | | Car deficiency | | | | |
| Toyota Financial Services PO Box 60114 City Of Industry, CA 91716-0114 | | - | | | | | | |
| | | | | | | | | 1,370.96 |
| **Account No. 1491** | | | | 4/16/2009 Collection Agency for Myriad Genetic Laboratories | X | X | X | |
| Transworld Systems, Inc. 8885 Rio San Diego Dr. #107 San Diego, CA 92108 | | - | | | | | | |
| | | | | | | | | 0.00 |
| **Account No. 4330** | | | | 9/2009 Collection Agency for American Express | X | X | X | |
| United Recovery Systems P.O. Box 722929 Houston, TX 77272 | | - | | | | | | |
| | | | | | | | | 0.00 |
| **Account No. 2001** | | | | 9/2009 Collection Agency for American Express Co. Gold | X | X | X | |
| United Recovery Systems P.O. Box 722929 Houston, TX 77272 | | - | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        2,030.96

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joan Elizabeth Manning**                                         Case No. _____
                                    _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 9307 **Verizon** P.O. Box 9688 Mission Hills, CA 91346-9688 | | - | | 9/2009 Utility - Disputed | | | X | 417.28 |
| Account No. 1409 **Verizon California Inc** P.O. Box 9688 Mission Hills, CA 91346 | | - | | 5/13/08 Utility | | | X | 124.51 |
| Account No. 0683 **Verizon California Inc** 500 Technology Dr Weldon Spring, MO 63304 | | - | | Opened 8/04/08 Purchased by Collection Company | | | X | 90.00 |
| Account No. **Wa Mu/Chase** P.O. Box 78148 Phoenix, AZ 85062-8168 | | - | | Unsecured portion of mortgage loan on 4th Street property | | | | 217,446.00 |
| Account No. **Washington Mutual** 3990 S. Babcock Street Melbourne, FL 32901 | | - | | Unsecured portion of mortgage loan on Ocean property | | | | 718,879.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         936,956.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joan Elizabeth Manning**                                    Case No. _____
                                                    _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** <br><br> **Washington Mutual Fa** <br> **PO Box 1093** <br> **Northridge, CA 91328** | - | | | Unsecured portion of mortgage loan on Ocean property | | | | 991,000.00 |
| **Account No.** | | | | | | | | |
| **Account No.** | | | | | | | | |
| **Account No.** | | | | | | | | |
| **Account No.** | | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 991,000.00 |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 3,377,895.56 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    Joan Elizabeth Manning                                                        Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| BMW Financial Services<br>Customer Communications Center<br>PO Box 3608<br>Dublin, OH 43016-0306 | Acct#<br>Auto Lease<br>2007 650i Convertible BMW<br>leased by CPA Corp. but Joan personally<br>guaranteed Joan is going to surrender vehicle<br>and seek to discharge deficinecy |
| El Tovar by the Sea HOA<br>c/o Manager<br>603 Ocean Avenue<br>Santa Monica, CA 90402 | Acct# 1651<br>Home Owner's Association *dues*<br>Condo<br>603 Ocean Ave. #1A,<br>Santa Monica, CA 90402 |
| Onewest Bank<br>6900 Beatrice Dr<br>Kalamazoo, MI 49009 | 1040 4th St. #104,<br>Santa Monica, CA 90403<br>Note Secured by 1st DOTon Condo |
| Toyota Financial Services<br>P.O. Box 60114<br>City Of Industry, CA 91716-0114 | Acct# 8315<br>Auto Loan<br>2006 Toyota Prius<br>Corp. JEM Financial Group, owns<br>but Joan personally guaranteed loan |
| Vw Credit Inc<br>1401 Franklin Blvd<br>Libertyville, IL 60048 | Acct# 845216630<br>Opened Opened  3/28/07  Last Active  5/30/09<br>Auto Lease<br>2007 VW Beetle Convertible *surrendering*<br>Leased, expires April 1, 2010 |
| Wa Mu/Chase<br>P.O. Box 78148<br>Phoenix, AZ 85062-8168 | 1040 4th St. #306,<br>Santa Monica, CA 90403<br>Note secured by 1st DOT on Condo |
| Washington Mutual Bank<br>3990 S Babcock St<br>Melbourne, FL 32901 | Acct# 9169<br>Opened 5/23/07<br>HELOC Secured by 2nd DOT<br>Condo<br>603 Ocean Ave. #1A,<br>Santa Monica, CA 90402 |
| Washington Mutual Fa<br>PO Box 1093<br>Northridge, CA 91328 | Acct# 1799<br>Opened 12/05/06<br>Note Secured by 1st DOT<br>Condo<br>603 Ocean Ave. #1A,<br>Santa Monica, CA 90402 |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re      **Joan Elizabeth Manning**                                                   Case No. _____
_____
                                          Debtor

# SCHEDULE H - CODEBTORS

        Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel S. Manning** *( CO-BORROWER )*<br>**555 Farlow Road**<br>**Newton, MA 02458** | **Onewest Bank**<br>**6900 Beatrice Dr**<br>**Kalamazoo, MI 49009** |
| **Daniel S. Manning** *( CO-BORROWER )*<br>**555 Farlow Road**<br>**Newton, MA 02458** | **Wa Mu/Chase**<br>**P.O. Box 78148**<br>**Phoenix, AZ 85062-8168** |
| **JEM Financial Group, Inc.** *( CORP. IS BORROWER*<br>**P.O. Box 7577**<br>**Santa Monica, CA 90406** *DEBTOR IS GUARANTOR )* | **BMW Financial Services**<br>**Customer Communications Center**<br>**PO Box 3608**<br>**Dublin, OH 43016-0306** |
| **JEM Financial Group, Inc.** *( CORP. IS BORROWER*<br>**P.O. Box 7577**<br>**Santa Monica, CA 90406** *DEBTOR IS GUARANTOR )* | **Toyota Financial Services**<br>**P.O. Box 60114**<br>**City Of Industry, CA 91716-0114** |



**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __Joan Elizabeth Manning__        Case No. _____
                      Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Provides, CPA Services** | |
| Name of Employer | **JEM Financial Group, Inc.** | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ *✕ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|      a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|      b. Insurance | $ | 0.00 | $ | N/A |
|      c. Union dues | $ | 0.00 | $ | N/A |
|      d. Other (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ *✕ | 4,500.00 | $ | N/A |
| 8. Income from real property | $ | 10,640.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 15,140.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 15,140.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 15,140.00 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

*✕ includes salary of $2000/month /
debtor's CPA Corp, plus dividend $2500/month

B6J (Official Form 6J) (12/07)

In re __Joan Elizabeth Manning__                                   Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,489.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ 80.00 |
| b. Water and sewer | | $ 50.00 |
| c. Telephone | | $ 25.00 |
| d. Other **Cable** | | $ 88.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 285.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 500.00 |
| 8. Transportation (not including car payments) | | $ 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 75.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 48.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 100.00 |
| e. Other  **See Detailed Expense Attachment** | | $ 69.44 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other **Emergency Fund** | | $ 75.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 18,378.00 |
| 17. Other | | $ 0.00 |
| Other _____ | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,     $ **22,662.44**
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | | $ 15,140.00 |
| b. Average monthly expenses from Line 18 above | | $ 22,662.44 |
| c. Monthly net income (a. minus b.) | | $ -7,522.44 |

B6J (Official Form 6J) (12/07)

In re    **Joan Elizabeth Manning**                                          Case No. _____

_____
                                Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Insurance Expenditures:**

| | | |
|---|---|---|
| General Umbrella coverage | $ | 61.78 |
| CIC VPP insurance | $ | 7.66 |
| **Total Other Insurance Expenditures** | **$** | **69.44** |

## United States Bankruptcy Court
### Central District of California

In re   **Joan Elizabeth Manning** _____    Case No. _____

_____ Debtor(s)    Chapter   **7** _____

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:    $      **76,640.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income    $      **10,640.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor)    $ | **0.00** |
| 4. Payroll Taxes | **0.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **0.00** |
| 7. Other Taxes | **0.00** |
| 8. Inventory Purchases (Including raw materials) | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **0.00** |
| 11. Utilities | **350.00** |
| 12. Office Expenses and Supplies | **0.00** |
| 13. Repairs and Maintenance | **0.00** |
| 14. Vehicle Expenses | **0.00** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **0.00** |
| 18. Insurance | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                TOTAL

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **DOT payments 1st DOT on 603 Ocean property** | **6,800.00** |
| **DOT payments 2nd DOT on 603 Ocean property** | **125.00** |
| **DOT payments 1st DOT on 306 Condo** | **3,400.00** |
| **DOT payments 1st DOT on 104 property** | **2,200.00** |
| **Property taxes on 603 Ocean property** | **875.00** |
| **Property taxes on 306 Condo** | **581.00** |
| **Property taxes on 104 property** | **281.00** |
| **HOA dues on 306 Condo** | **536.00** |
| **HOA dues on 603 Ocean property** | **2,736.00** |
| **HOA dues on 104 property** | **494.00** |

22. Total Monthly Expenses (Add items 3-21)    $      **18,378.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $      **-7,738.00**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   Joan Elizabeth Manning _____

                                        Debtor(s)

Case No. _____

Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    27
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   March 3, 2010 _____      Signature _____

                                                    Joan Elizabeth Manning
                                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   Joan Elizabeth Manning

_____   Case No. _____
                          Debtor(s)                          Chapter      7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $73,655.00 | 2008: Debtor JEM Financial Group, Inc. |
| $407.00 | 2008 BellaLuca World, LLC |
| $15,329.00 | 2008: Cali4 Real Estate LLC |
| $296,794.00 | 2008: SingerLewak, LP |
| $78,786.00 | 2009 JEM Financial Group, Inc. |
| $9,000.00 | 2010 YTD JEM Financial Group, Inc. |

2

**2. Income other than from employment or operation of business**

None
☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $200.00 | **First Commerce Bank Interest   11/2007 through 10/2008** |
| $10.00 | **Dividend - Prudential Financial  11/2007 - 10/2008** |
| $109.00 | **Jury Duty -  11/2007 through 10/2008** |
| $5.00 | **Dividend - Prudential Financial  11/2008 through 10/2009** |
| $5,000.00 | **2010 YTD**<br>**Rental Income from renting out 603 Ocean Condo** |

**3. Payments to creditors**

None
■   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Daniel S. Manning**<br>**55 Farlow Road**<br>**Newton, MA 02458**<br>**brother** | 3/9/2009 | **$2,500.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

3

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

#### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| Richard Manning 1040 4th Street #104 Santa Monica, CA 90403 | Brother | 8/2008-7/2009 | Support for Mentally Handicap Brother $12,000 |
| Lynne Cohen Foundation Charity | Ovarian Cancer Charity | 9/2009 | $250 |

#### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| The Bankruptcy Law Firm, P.C. 10524 W. Pico Blvd., Suite 212 Los Angeles, CA 90064 | 3/3/2010  $ 500 1/13/2010  $8300 1/6/2010  $300 consult 7/27/2009  $300 consult 7/27/2009  $2000 | $11,400 |
| Money Management International, Inc 9009 W. Loop South, Suite 700 Houston, TX 77096 | 8/2009 2/2010 | $100 |

**10. Other transfers**

None
■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☐   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Joan E. Manning Living Trust 603 Ocean Ave., #1A Santa Monica, CA self | 2004 | Debtor set up revocable family trust in 1999 and it holds title to condo at 603 Ocean (listed in Schedule A) and is record owner of stock of debtor's CPA Corp. JEM Financial Group, Inc. (Stock listed on Schedule B) and may be record owner to the LLCs that own the other two condos listed in Schedule A. |

**11. Closed financial accounts**

None
☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| First Commercial Accounts 11661 San Vincente Blvd. Los Angeles, CA 90049 | Personal Checking Acct ending in 0445 | $0 June 2009 |
| First Commercial Accounts 11661 San Vicente Blvd Los Angeles, CA 90049 | 603 Rental Checking Acct ending in 5709 | $0 June 2009 |

5

**12. Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
      depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■    commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.
■

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
☐    occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
      address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 603 Ocean Avenue, Apt. #1A Santa Monica, CA 90402 | Joan Manning | 9/2005-1/2010 |

*now rented out as business, to make money* (handwritten)

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
■    Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
      commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
      the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■    or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
      the Environmental Law:

6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor runs CPA Corp., owns 100% stock | 2581 | and is President of Corp.; JEM Financial Group, Inc., a CA Corp. | 330 Wilshire Blvd. Santa Monica, CA 90401<br><br>Nature of Business: CPA services | 2004 to present |
| Debtor owns 50% Cali4 Real Estate, LLC , *An4-LLC* | 1714 | | Real Estate | 1993-present |
| Debtor owns 100% JEM Financial Fitness, | | LLC | Owns the (not being paid) contested royalty stream | 2004-present |
| Debtor owns 2 condos listed in Sch A | | | Rental income properties | |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                ADDRESS

7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                DATES SERVICES RENDERED
**Debtor has her records**                                                      **Debtor is a CPA**

*but debtor's brother Daniel Manning has records of Cali 4 Real Estate, LLC from July 2009 onward, debtor does not have those records*

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                          DATES SERVICES RENDERED

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                              (Specify cost, market or other basis)

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                          RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                  PERCENTAGE OF INTEREST

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                              NATURE AND PERCENTAGE
                                                                            OF STOCK OWNERSHIP

8

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE                AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR            OF WITHDRAWAL                OR DESCRIPTION AND
                                                            VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **March 3, 2010**            Signature
                                        Joan Elizabeth Manning
                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Central District of California

In re _Joan Elizabeth Manning_ _____

Debtor(s)

Case No. _____

Chapter  **7**  _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**BMW Financial Services** | **Describe Property Securing Debt:**<br>**2007 650i Convertible BMW**<br>**leased by CPA Corp. but personally guaranteed by Joan.**<br>**Joan will surrender vehicle back to lender** |

Property will be (check one):
■ Surrendered              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Onewest Bank** | **Describe Property Securing Debt:**<br>**1040 4th St. #104,**<br>**Santa Monica, CA  90403**<br>**50% owned indirectly by debtor, who is 50% policy holder in**<br>**CALI 4 REAL ESTATE LLC (title holder)** |

Property will be (check one):
■ Surrendered              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                            Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Toyota Financial Services | **Describe Property Securing Debt:**<br>2006 Toyota Prius<br>Corp. JEM Financial Group, owns<br>but Joan personally guaranteed loan |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Vw Credit Inc | **Describe Property Securing Debt:**<br>2007 VW Beetle Convertible<br>Leased with lease ending April 1, 2010.  Debtor will surrender<br>vehicle. Wrecked, but repaired, but still damaged. |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Wa Mu/Chase | **Describe Property Securing Debt:**<br>1040 4th St. #306,<br>Santa Monica, CA 90403<br>50% owned indirectly by debtor, who is 50% policy holder in<br>CALI 4 REAL ESTATE LLC (title holder) |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

Page 3

**Property No. 6**

| | |
|---|---|
| **Creditor's Name:**<br>**Washington Mutual Bank** | **Describe Property Securing Debt:**<br>Condo<br>603 Ocean Ave. #1A,<br>Santa Monica, CA  90402<br>Secured by 2nd DOT |

Property will be (check one):
  ☐ Surrendered                  ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain  <u>Seek loan modification to lower payments so debtor can afford to make them</u>  (for example, avoid lien
  using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                          ■ Not claimed as exempt

**Property No. 7**

| | |
|---|---|
| **Creditor's Name:**<br>**Washington Mutual Fa** | **Describe Property Securing Debt:**<br>Condo<br>603 Ocean Ave. #1A,<br>Santa Monica, CA  90402<br>Secured by 1st DOT |

Property will be (check one):
  ☐ Surrendered                  ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain  <u>Seek loan modification to lower payments so debtor can afford to make them</u>  (for example, avoid lien
  using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

**Property No. 1**

| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |
|---|---|---|

B8 (Form 8) (12/08)                                                                                      Page 4

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **March  3, 2010**                          Signature

Joan Elizabeth Manning
Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                                    1998 USBC, Central District of California

<table>
<tr><td colspan="2" align="center">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>In re<br><br>**Joan Elizabeth Manning**</td><td>Case No.:</td></tr>
<tr><td align="right">Debtor.</td><td align="center">**DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR**</td></tr>
</table>

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,800.00 ✗ |
| Prior to the filing of this statement I have received | $ | 10,800.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed] *None /K-    $10,800 includes $299 filing fee*

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>**March 3, 2010**<br>*Date*<br><br>*[signature]*<br>**Kathleen P. March, Esq. 80366**<br>*Signature of Attorney*<br>**The Bankruptcy Law Firm, P.C.**<br>*Name of Law Firm*<br>**10524 W. Pico Blvd.,**<br>**Suite 212**<br>**Los Angeles, CA 90064**<br>**310-559-9224  Fax: 310-559-9133** |

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar No. | FOR COURT USE ONLY |
|---|---|
| **Kathleen P. March, Esq.**<br>**10524 W. Pico Blvd.,**<br>**Suite 212**<br>**Los Angeles, CA 90064**<br>**310-559-9224 Fax: 310-559-9133**<br>California State Bar No.: **80366**<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Joan Elizabeth Manning** | CHAPTER __7__<br><br>CASE NUMBER |
|---|---|
| Debtor. | (No Hearing Required) |

**DECLARATION RE: LIMITED SCOPE OF APPEARANCE**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1**

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.      I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.      On *(specify date)* __07/27/2009__ , I agreed with the Debtor that for a fee of $ __10,800.00__ , I would provide only the following services:

    a.   ■   Prepare and file the Petition and Schedules

    b.   ■   Represent the Debtor at the 341(a) Hearing

    c.   ☐   Represent the Debtor in any relief from stay actions

    d.   ☐   Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

    e.   ☐   Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

    f.   ■   Other *(specify)*:
           **NOTE: $10,800 consist of $10,500 attorney fees, $299 court fees**

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated:   **March  3, 2010**

I HEREBY APPROVE THE ABOVE:

_____
Signature of Debtor

**The Bankruptcy Law Firm, P.C.**
_____
*Law Firm Name*

By:  _____

Name:  __Kathleen P. March, Esq. 80366__
               *Attorney for Debtor*

---

*Rev. 1/01* This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California        **F 2090-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

February 2006

2006 USBC Central District of California

## United States Bankruptcy Court
### Central District of California

In re   __Joan Elizabeth Manning__

Debtor(s)

Case No. _____

Chapter   __7__

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,  __Joan Elizabeth Manning__ , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

■    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
     (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, __, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
     (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  __March  3, 2010__

Signature _____
          Joan Elizabeth Manning
          Debtor

# Payroll Details

Company: JEM Financial Group Inc
Check date: 2/27/2010 - Payroll 1
Pay Period: 02/16/2010 to: 02/28/2010

1 of 1

Date Printed: 02/27/2010 16:39
99833895 - R1/OUH

| Description | Hours and Earnings | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| **Pay Frequency: Semimonthly** | | | | | | | | | | |
| **Employee: Manning, Jean E** | | | | SSN xxx-xx-4800 | | | | | | |
| Regular | 0.00 | | 2,000.00 | FED FIT | $160.52 | Advance | 1,631.29 | | FED SOCSEC-ER | 124.00 |
| | 0.00 | | 2,000.00 | FED SOCSEC | $124.00 | | 1,631.29 | | FED MEDICARE-ER | 28.00 |
| | | | | FED MEDICARE | $29.00 | | | | FED FUTA | 16.00 |
| | | | | CA SIT | $33.19 | | | | CA SUI-ER | 280.00 |
| | | | | CA SDI | $22.00 | | | | | 280.00 |
| | | | | | 368.71 | | | | | |
| **Pay Frequency Totals: Semimonthly** | | | | | | | | | | |
| Regular | 0.00 | | $2,000.00 | FED FIT | $160.52 | Advance | $1,631.29 | | FED SOCSEC-ER | $124.00 |
| | 0.00 | | $2,000.00 | FED SOCSEC | $124.00 | | $1,631.29 | | FED MEDICARE-ER | $28.00 |
| | | | | FED MEDICARE | $29.00 | | | | FED FUTA | $16.00 |
| | | | | CA SIT | $33.19 | | | | CA SUI-ER | $124.00 |
| | | | | CA SDI | $22.00 | | | | | $280.00 |
| | | | | | $368.71 | | | | | |
| **Company Totals:** | | | | | | | | | | |
| Regular | 0.00 | | $2,000.00 | FED FIT | $160.52 | Advance | $1,631.29 | | FED SOCSEC-ER | $124.00 |
| | 0.00 | | $2,000.00 | FED SOCSEC | $124.00 | | $1,631.29 | | FED MEDICARE-ER | $28.00 |
| | | | | FED MEDICARE | $29.00 | | | | FED FUTA | $16.00 |
| | | | | CA SIT | $33.19 | | | | CA SUI-ER | $124.00 |
| | | | | CA SDI | $22.00 | | | | | $280.00 |
| | | | | | $368.71 | | | | | |

# Payroll Details



**Company: JEM Financial Group Inc**
Check dates from: 1/15/2010 - Payroll 1 to: 1/29/2010 - Payroll 1
Pay Period from: 01/01/2010 to: 01/31/2010

**Employee: Manning, Joan E**
Pay Frequency: Semimonthly
SSN xxx-xx-4800

| Description | Hours and Earnings | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| Regular | 0.00 | | 2,000.00 | FED FIT | $160.82 | | | | | |
| | | | | FED SOCSEC | $124.00 | | | | FED SOCSEC-ER | 124.00 |
| | | | | FED MEDICARE | $29.00 | | | | FED MEDICARE-ER | 29.00 |
| | | | | FED | | | | | FED FUTA | 16.00 |
| | | | | CA SIT | $33.18 | | | | CA SUI-ER | 250.00 |
| | | | | CA SDI | $22.00 | | | | | |
| | | | | | 368.70 | | | 1,631.30 | | |

**Pay Frequency Totals: Semimonthly**

| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | $2,000.00 | FED FIT | $160.82 | | | | | |
| | | | | FED SOCSEC | $124.00 | | | | FED SOCSEC-ER | $124.00 |
| | | | | FED MEDICARE | $29.00 | | | | FED MEDICARE-ER | $29.00 |
| | | | | FED | | | | | FED FUTA | $16.00 |
| | | | | CA SIT | $33.18 | | | | CA SUI-ER | $124.00 |
| | | | | CA SDI | $22.00 | | | | | |
| | | | $2,000.00 | | $368.70 | | | $1,631.30 | | |

**Company Totals:**

| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | $2,000.00 | FED FIT | $160.82 | | | | | |
| | | | | FED SOCSEC | $124.00 | | | | FED SOCSEC-ER | $124.00 |
| | | | | FED MEDICARE | $29.00 | | | | FED MEDICARE-ER | $29.00 |
| | | | | FED | | | | | FED FUTA | $16.00 |
| | | | | CA SIT | $33.18 | | | | CA SUI-ER | $124.00 |
| | | | | CA SDI | $22.00 | | | | | |
| | | | $2,000.00 | | $368.70 | | | $1,631.30 | | $293.00 |

Date Printed: 01/27/2010 16:35
99833895 - R1/OUH



B22A (Official Form 22A) (Chapter 7) (12/08)

| In re | **Joan Elizabeth Manning** | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
|---|---|---|
| | Debtor(s) | ☐ **The presumption arises.** |
| Case Number: | _____ | ■ **The presumption does not arise.** |
| | (If known) | ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part 1A, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>            ☐ I remain on active duty /or/<br>            ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>            OR<br><br>        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>            ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | **Part VIII. VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. (If this is a joint case, both debtors must sign.)<br><br>Date: **March 3, 2010**      Signature: _Joan Elizabeth Manning_<br>                                       **Joan Elizabeth Manning**<br>                                       _(Debtor)_ |

Verification of Creditor Mailing List - (Rev. 10/05)                                      2005 USBC, Central District of California

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        Kathleen P. March, Esq. 80366

Address     10524 W. Pico Blvd., Suite 212 Los Angeles, CA 90064

Telephone   310-559-9224 Fax: 310-559-9133

■ Attorney for Debtor(s)
□ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Joan Elizabeth Manning**<br>**DBA dba JEM Financial; DBA JEM Financial Consulting;**<br>**AKA Joan E Manning; AKA Joan Manning** | Case No.:<br><br>Chapter:        **7** |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _7_ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **March  3, 2010**

                                         Joan Elizabeth Manning
                                         Signature of Debtor

Date:  **March  3, 2010**

                                         Signature of Attorney
                                         **Kathleen P. March, Esq. 80366**
                                         **The Bankruptcy Law Firm, P.C.**
                                         **10524 W. Pico Blvd.,**
                                         **Suite 212**
                                         **Los Angeles, CA 90064**
                                         **310-559-9224   Fax: 310-559-9133**

Joan Elizabeth Manning
P.O. Box 7577
Santa Monica, CA 90406-7577


Kathleen P. March, Esq.
The Bankruptcy Law Firm, P.C.
10524 W. Pico Blvd.,
Suite 212
Los Angeles, CA 90064


AMCA
Acct No 5986
2269 E. Saw Mill River Rd., Bldg 3
Elmsford, NY 10523


Amex Gold
Acct No 2001
P.O. Box 297871
Fort Lauderdale, FL 33329


Amex Platinum
Acct No 1004
P.O. Box 297871
Fort Lauderdale, FL 33329


Bank Of America
Acct No 9839
4060 Ogletown Stan
Mailcode DES-019
Newark, DE 19713


Barclays Bank Delaware
Acct No 9995
125 S West St
Wilmington, DE 19801


BMW Financial Services
Customer Communications Center
PO Box 3608
Dublin, OH 43016-0306

CA-Searise Office Tower Ltd.
Acct No 4004
233 Wilshire Blvd., Suite 325
North Hollywood, CA 91606


Carol Hansen
Acct No UNK
11911 sAN vICENTE bLVD., #280
Los Angeles, CA 90049


Chase
Acct No 5013
P.O. Box 15298
Wilmington, DE 19850


Chase United Mileage Plus
Acct No 8550
P.O. Box 94014
Palatine, IL 60094-4014


Citi
Acct No 9927
P.O Box 6241
Sioux Falls, SD 57117


CMRE Financial Services, Inc.
Acct No 6686
3075 E. Imperial Hwy., #200
Brea, CA 92821


Collection Consultants of Calif
Acct No 2713
6100 San Fernando Rd. Ste 211
Glendale, CA 91201


Daniel S. Manning
55 Farlow Road
Newton, MA 02458

Daniel S. Manning
555 Farlow Road
Newton, MA 02458


David LaFaille, Esq.
330 Wilshire Blvd.
Santa Monica, CA 90401


Dr. F. David Rudnick
Acct No UNK
501 Santa Monica Blvd., #509
Santa Monica, CA 90401


Eduardo Guzman
Acct No N/A
2858 Midvale Ave.
Los Angeles, CA 90017


El Tovar by the Sea HOA
c/o Manager
603 Ocean Avenue
Santa Monica, CA 90402


Equity Office Properties
3200 Ocean Park Blvd., Suite 100
Santa Monica, CA 90405


GC Services LP
Acct No 9169
Collection Agency Division
6330 Gulton
Houston, TX 77081


Halling & Sokol LLP Lawyers
Chris W. Halling, Esq.
23586 Calabasas Road
Suite 200
Calabasas, CA 91302

Indymac Federal (Onewest Bank)
Acct No 1221
PO Box 78826
Phoenix, AZ 85062-8826


JEM Financial Group, Inc.
P.O. Box 7577
Santa Monica, CA 90406


KCA Financial Services
Acct No 0683
P.O. Box 53
Geneva, IL 60134-0053


Landry & Jacobs
Acct No Unk
10211 North 32nd Street
Suite D-1
Phoenix, AZ 85028


Linda Metzner, Psy D.
10334 Keswick Avenue
Los Angeles, CA 90064


Medicredit Inc.
Acct No UNK
P.O. Box 410917
Saint Louis, MO 63141


Mission Hospital
27700 Medical Center Rd.
Mission Viejo, CA 92691


MVEP Medical Group
Acct No 4040
P.O. Box 410917
Saint Louis, MO 63141

Myriad Genetic Labortories
Acct No 591A
320 Wakara Way
Salt Lake City, UT 84108


Nordstrom
Acct No 9415
P.O. Box 13589
Scottsdale, AZ 85267


Office of the US Trustee
725 S. Figueroa Street
Suite 2600
Los Angeles, CA 90017


Onewest Bank
Acct No 1221
6900 Beatrice Dr
Kalamazoo, MI 49009


Outsource Receivables Mgmt.
Acct No 8157
P.O. Box 166
Ogden, UT 84402


Pathology Inc., a Medical Group
Acct No 5986
19951Mariner Ave., Suite 150
Torrance, CA 90503


Pentagon Federal Cr Un
Acct No 4347
P.O. Box 1432
Alexandria, VA 22313


Singer Lewark LLP
10960 Wilshire Blvd., Suite 1100
Los Angeles, CA 90024

Solomon & Solomon
Acct No 0104
Columbia Circle
Box 15019
Albany, NY 12212-5019


Tanya Vapnik
10921 Wilshire Blvd., #703
Los Angeles, CA 90024


Toyota Financial Services
Acct No 8315
P.O. Box 60114
City Of Industry, CA 91716-0114


Toyota Financial Services
PO Box 60114
City Of Industry, CA 91716-0114


Transworld Systems, Inc.
Acct No 1491
8885 Rio San Diego Dr. #107
San Diego, CA 92108


United Recovery Systems
Acct No 4330
P.O. Box 722929
Houston, TX 77272


Verizon
Acct No 9307
P.O. Box 9688
Mission Hills, CA 91346-9688


Verizon California Inc
Acct No 1409
P.O. Box 9688
Mission Hills, CA 91346

Verizon California Inc
Acct No 0683
500 Technology Dr
Weldon Spring, MO 63304


Vw Credit Inc
Acct No 6630
1401 Franklin Blvd
Libertyville, IL 60048


Wa Mu/Chase
Acct No 2425
P.O. Box 78148
Phoenix, AZ 85062-8168


Washington Mutual
3990 S. Babcock Street
Melbourne, FL 32901


Washington Mutual Bank
Acct No 9169
3990 S Babcock St
Melbourne, FL 32901


Washington Mutual Fa
Acct No 1799
PO Box 1093
Northridge, CA 91328