MATTHEW A. NECO - CA. SB No. 128228
THE MATTHEW NECO FIRM
P.O. Box 161
Santa Monica, CA. 90406
T: 310-570-2552
F: 310-496-1943
Matt@NecoFirm.com

Attorney For Movant
DANIEL S. MANNING

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:10-bk-17937-RN |
| JOAN ELIZABETH MANNING, | Chapter 7 |
| Debtor. | ORDER GRANTING MOTION OF DANIEL S. MANNING TO TAKE A BANKRUPTCY RULE 2004 EXAMINATION OF DEBTOR, AND TO RECEIVE PRODUCTION OF DOCUMENTS FROM THE DEBTOR AT SAID 2004 EXAMINATION |
| | NOTE: No hearing is required to be held on this Motion, per CD CA Bankruptcy Court Local Rule 2004-1(d) |
| | NOTE: Movant counsel and Debtor counsel have agreed on the terms stated in herein proposed Order, please see signatures at end of Order |

**ON THE MOTION OF DANIEL S. MANNING TO TAKE A BANKRUPTCY RULE 2004 EXAMINATION OF AND RECEIVE PRODUCTION OF DOCUMENTS FROM THE DEBTOR THE COURT FINDS AND ORDERS;**

Daniel Manning ("Movant" or "Mr. Manning") brought a Motion (the "Motion") seeking an Order to take a Bankruptcy Rule 2004 oral examination of Debtor Joan Manning ("Debtor"), and for production of documents by Debtor at said 2004 examination.

The Debtor, Joan Elizabeth Manning ("Debtor" or "Ms. Manning"), filed a Chapter 7 petition on March 4, 2010. The Section 341(a) First Meeting of Creditors occurred on April 14, 2010, and was continued until May 10, 2010.

Movant, by his counsel, and Debtor, by Debtor's counsel The Bankruptcy Law Firm, PC, by Kathleen P. March, Esq., having met and conferred regarding scope of said 2004 exam, and regarding documents to be requested to be produced at said 2004 exam, and having reached agreement (see signature of Debtor's counsel at end of this Order) re terms of 2004 examination, and document production thereat, as stated herein, and good cause appearing for GRANTING the Motion as agreed to in the herein Order, Movant Daniel Manning's Motion for 2004 examination is granted as follows: :

1. Movant may conduct a Rule 2004 oral examination of Debtor Joan Manning regarding the following:

   a. All loans and loan applications where Debtor may have had liability in relation to Unit #306 of 1040 4th Street, Santa Monica, CA. 90403 ("Unit #306"), Unit #104 of 1040 or 1044 4th Street, Santa Monica, CA. 90403 ("Unit #104"), and Unit #1A of 603 Ocean Ave, Santa Monica, CA 90402 (Unit #1A).

   b. The use by Debtor of the proceeds of all loans in relation to Unit #306, Unit #104 and Unit #1A.

---

    c. Whether Debtor and/or any other person or entity made loans to and/or capital investments in certain entities in which Debtor had a controlling interest, i.e., (1) JEM Financial Group, Inc., (2) JEM Financial Fitness, LLC and/or, (3) JEM Financial Consulting, LLC, and the use of the funds, and any payments or forgiveness of debt on those loans.

    d. Whether there is or was unity of interest between Debtor and (1) JEM Financial Group, Inc.; (2) JEM Financial Fitness, LLC; or, (3) JEM Financial Consulting, LLC.

    e. The Debtor's contention that Mr. Manning owes her (or the Chapter 7 Estate) $675,000 or any amount in connection with her having purportedly supported their brother, Richard ("Dick").

2. To the extent Debtor possesses such documents, Debtor shall at the commencement of the 2004 examination produce to Movant the following documents or electronically stored information — including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations — stored in any medium from which information can be obtained either directly or, if necessary, after translation by the Debtor into a reasonably usable form, in the possession, custody or control of Debtor:

    a. Promissory notes, or agreements evidencing the loan receivable, which is or are in the possession, custody or control of Debtor, as the designated tax matter partner and/or 50% membership interest holder of the Cali4 Real Estate LLC, a California limited liability company.

    b. Promissory notes, agreements or any other writings supporting the Debtor's contention that Movant agreed that he would pay for or reimburse Debtor for half of the out of pocket expenses used for brother Richard. Movant is not now asking

Case 2:10-bk-17937-RN  Doc 20  Filed 05/27/10  Entered 05/28/10 08:26:39  Desc
Main Document    Page 4 of 9

for documents showing what those expenses were, though Movant reserves the right to orally examine Debtor as to what those expenses were.

c. Any personal balance sheets or financial statements of the Debtor for any years LLCs in which Movant and the Debtor each has or had a 50% interest (i.e, Cali4 Investments LLC, and Cali4 Real Estate LLC, both California limited liability companies) borrowed money, which are the following years: 2002, 2004, 2005, 2006, 2007.

3. Per the agreement of the parties, the 2004 exam here ordered shall be the only Rule 2004 exam that Movant Daniel Manning shall seek or take with Debtor Joan Manning as the witness, including that Daniel Manning shall not seek to take any additional Rule 2004 exam of Joan Manning in the capacity of Joan Manning being the Officer or Managing Member or representative of any corporation, LLC, LLP or trust.

4. The Rule 2004 Examination here ordered shall be held and completed on June 3, 2010 (unless Movant and Debtor, through their counsel, hereafter agree to some other date, in writing), and shall be taken at The Bankruptcy Law Firm, PC, 10524 W. Pico Blvd, Suite 212, LA, CA 90064 (offices of Debtor's counsel), unless the parties in writing by their counsel agree to a different location, to commence at 9:00 a.m. on June 3, 2010 (or such other date as is in writing hereafter agreed to), and to be completed that same date, and shall not to last more than a total of 8 hours of examination (lunch break and restroom breaks not counted in the 8 hours).

IT IS SO ORDERED ON THE  27  DAY OF MAY, 2010.

_____
The Honorable Richard M. Neiter,
United States Bankruptcy Court Judge

---

4          Case No. 2:10-bk-17937-RN
ORDER GRANTING MOTION OF DANIEL MANNING FOR RULE 2004 EXAM OF DEBTOR

1  Respectfully submitted,
   May ___, 2010
2  THE MATTHEW NECO FIRM

3  By:_____
4  MATTHEW A. NECO
   Attorney for Movant
5  DANIEL S. MANNING

6  Agreed to as to form:
   THE BANKRUPCTY LAW FIRM, PC
7
8  By: _____
   KATHLEEN P. MARCH,
9  attorney for Debtor,
   JOAN E. MANNING
10
11
12
13  ord - proposed order on Manning Mot Rule 2004 Exam - 0100506.009a.docx
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  ------------------------------------------------------------------------
                                    5              Case No. 2:10-bk-17937-RN
    ORDER GRANTING MOTION OF DANIEL MANNING FOR RULE 2004 EXAM OF DEBTOR

```
 1  Respectfully submitted,
    May ___, 2010
 2  THE MATTHEW NECO FIRM

 3  By: [signature]
 4  MATTHEW A. NECO
    Attorney for Movant
 5  DANIEL S. MANNING

 6  Agreed to as to form:
 7  THE BANKRUPCTY LAW FIRM, PC

 8  By: _____
    KATHLEEN P. MARCH,
 9  attorney for Debtor,
    JOAN E. MANNING
10
11
12
13  ord - proposed order on Manning Mot Rule 2004 Exam -BkyLawFirm rev 050710..docx
14
...
28
```

---
5                                      Case No. 2:10-bk-17937-RN
ORDER GRANTING MOTION OF DANIEL MANNING FOR RULE 2004 EXAM OF DEBTOR

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: P.O. Box 161, Santa Monica, California, 90406.

The foregoing document described **"ORDER GRANTING 'MOTION OF DANIEL S. MANNING TO TAKE A BANKRUPTCY RULE 2004 EXAMINATION OF AND RECEIVE PRODUCTION OF DOCUMENTS FROM THE DEBTOR' AT SAID 2004 EXAMINATION"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 10, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

___    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **May 10, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

_X_    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 10, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

_X_    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 10, 2010        Trevor Hunter
Date                Name                Signature

---

PROOF OF SERVICE

1
**SERVICE LIST**

2

**VIA E-Mail**
3

Counsel for Debtor
4  Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
5  10524 West Pico Boulevard, Suite 212
Los Angeles, California 90064
6  E-mail: kmarch@BKYLAWFIRM.com

7

**VIA Personal Service**
8  Honorable Richard M. Neiter
Bin Outside of Suite 1652
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

Case 2:10-bk-17937-RN    Doc 20    Filed 05/27/10    Entered 05/28/10 08:26:39    Desc
Main Document    Page 9 of 9

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION OF DANIEL S. MANNING TO TAKE A BANKRUCPTY RULE 2004 EXAMINATION OF DEBTOR, AND TO RECEIVE PRODUCTION OF DOCUMENTS FROM THE DEBTOR AT SAID 2004 EXAMINATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 10, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Angela M Fontanini   ecfcacb@piteduncan.com
Rosendo Gonzalez   rgonzalez@ecf.epiqsystems.com, gabgarcia@earthlink.net
Joe M Lozano   notice@NBSDefaultServices.com
Kathleen P March   kmarch@bkylawfirm.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
Gilbert B Weisman   notices@becket-lee.com
Alan Steven Wolf   wdk@wolffirm.com

_____Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Matthew A. Neco, Esq.
The Matthew Neco Firm
P.O. Box 161
Santa Monica, California 90406

_____Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

_____Service information continued on attached page

---

NOTICE OF ENTERED ORDER AND SERVICE LIST