Kathleen P. March (CA Bar No. 80366)

THE BANKRUPTCY LAW FIRM, P.C.

10524 W. Pico Boulevard, Suite 212

Los Angeles, CA 90064

Phone (310) 559-9224

Fax (310) 559-9133

Email: kmarch@BKYLAWFIRM.com

Counsel for Joan Manning, Chapter 7 Debtor
Respondent on Relief from Stay Motion

FILED & ENTERED

JUN 03 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re | Case No. 2:10-BK-17937-RN |
|---|---|
| | Chapter 7 |
| JOAN ELIZABETH MANNING | **ORDER: (1) SETTING CONTINUED HEARING ON BANK OF AMERICA'S MOTION FOR RELIEF FROM STAY; (2) ORDERING MOVANT TO PROVIDE ORIGINAL NOTE, COPY OF SERVICING AGREEMENT,  & DOCUMENTS PROVING CHAIN OF TITLE; (3) SETTING FURTHER BRIEFING SCHEDULE; AND (4) ORDERING THAT AN EMPLOYEE OF MOVANT BANK, WITH AUTHORITY TO APPROVE LOAN MODIFICATION, MEET WITH DEBTOR AND DEBTOR'S** |
| Debtor | |

**ORDER CONTINUING HEARING ON RELIEF FROM STAY MOTION; ORDERING MOVANT TO PRODUCE VARIOUS DOCUMENTS; SETTING FURTHER BRIEFING SCHEDULE;  AND ORDERING MEET AND CONFER, TO BE ATTENDED BY BANK EMPLOYEE WITH AUTHORITY TO APPROVE A LOAN MODIFICATION OF DEBTOR'S LOAN**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BANKRUPTCY COUNSEL, BY**

**5/31/10**

**RELIEF FROM STAY MOTION WAS FIRST HEARD ON:**
Date:  May 12, 2010
Time: 9:30am
Place: Ctrm 1645 of Hon. R. Neiter

**CONTD RFSTAY HEARING IS SET FOR:**
Date:  July 7, 2010
Time: 2:00pm
Place: Ctrm 1645, of Hon. R. Neiter
255 E Temple St, LA, CA 90012

    Bank of America ("Movant Bank") having moved for relief from stay to

proceed with foreclosure on Debtor Joan Manning's (Debtor) condominium

located at 603 Ocean Avenue, Santa Monica, California, and Opposition to

said Motion having been timely filed by Debtor, and Movant Bank, by its

counsel Pite Duncan, and Debtor, by her counsel The Bankruptcy Law Firm,

PC, by Kathleen P. March, Esq. having appeared at hearing, and the Court

having heard argument on said Motion on 5/12/10, and GOOD CAUSE

APPEARING for making the following Order:

    1.  The hearing on Movant Bank of America's Motion for Relief from

        Stay is continued to July 7, 2010 at 9:00am in Courtroom 1645 of

        the Court, located at 255 E. Temple Street, LA, CA 90012;

    2.  Movant Bank shall bring the **<u>original</u>** Note it is moving under, to the

        continued hearing, and shall allow Debtor's counsel to examine same

ORDER CONTINUING HEARING ON RELIEF FROM STAY MOTION; ORDERING MOVANT TO
PRODUCE VARIOUS DOCUMENTS; SETTING FURTHER BRIEFING SCHEDULE;  AND
ORDERING MEET AND CONFER, TO BE ATTENDED BY BANK EMPLOYEE WITH AUTHORITY
TO APPROVE A LOAN MODIFICATION OF DEBTOR'S LOAN                                        2

before the hearing and shall allow the Court to examine same at hearing, and shall give Debtor's counsel, and file with the Court, an exact copy of said **original** Note, including all endorsements thereon.  The Court will return the original Note to Movant's counsel at the continued hearing, after the Court and Debtor's counsel examine it.

3.  By no later than June 17, 2010, Movant shall file with the Court, and serve on Debtor's counsel, Chapter 7 Trustee, US Trustee, and any other parties entitled to service, authenticated by an appropriate **Declaration(s)** (a) a copy of the Servicing Agreement that Movant purports authorizes JPMorgan to move for relief from stay on behalf of Movant Bank of America, and (b) copies of all documents, not already filed, necessary to establish chain of title of the Note in issue from original lender Washington Mutual, to Movant Bank of America.

4.  By no later than June 23, 2010, Debtor shall file with the Court, and serve (or have Court e-serve) Debtor's RESPONSE to Movants' above stated declaration(s) and documents;

5.  By no later than June 30, 2010, Movant Bank shall file with the Court any REPLY of Movant Bank to Debtor's RESPONSE.

6.  By no later than May 31, 2010, Movant Bank of America's

bankruptcy counsel on herein Relief from Stay Motion, Eric Testin, Esq. of Pite Duncan, plus an officer or employee of Movant Bank possessing authority to approve a modification of Debtor's secured loan with Movant, plus Debtor and Debtor's bankruptcy counsel The Bankruptcy Law Firm, PC, by Kathleen P. March, shall all meet and confer, **in person**, in Los Angeles, California, for the purpose of trying to reach a modification of Debtor's loan that will resolve the herein Relief from Stay Motion. Additional persons may attend said meeting, as desired by either Movant or Debtor.

7.  By no later than June 28, 2010, the parties shall file a status report re results of the in person meeting described in 6 immediately supra, which shall be a joint status report if parties agree on a joint report, and if not, shall be two unilateral status reports, one from Movant, and one from Debtor.

IT IS SO ORDERED.

### 

DATED: June 3, 2010

_____
United States Bankruptcy Judge

ORDER CONTINUING HEARING ON RELIEF FROM STAY MOTION; ORDERING MOVANT TO
PRODUCE VARIOUS DOCUMENTS; SETTING FURTHER BRIEFING SCHEDULE;  AND
ORDERING MEET AND CONFER, TO BE ATTENDED BY BANK EMPLOYEE WITH AUTHORITY
TO APPROVE A LOAN MODIFICATION OF DEBTOR'S LOAN                                    4

1

2   Order Presented by:
    Bankruptcy Law Firm, P.C.
3    /s/ Kathleen P. March____
    By Kathleen P. March, Esq.
4   Bankruptcy Counsel for Debtor Joan Manning

5

6    Note:  Eric Testan, Esq., for Movant counsel Pite Duncan, LLP, declined to sign
    approving order as to form.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re:                          | CHAPTER: 7 |
|                                 |            |
| **Joan Elizabeth Manning**      |            |
|                      **Debtor** | **CASE NUMBER:  2:10-bk-17937-RN** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **10524 W. Pico Blvd., Suite 212, Los Angeles, CA 90064**

A true and correct copy of the foregoing document described as **ORDER CONTINUING HEARING ON RELIEF FROM STAY MOTION; ORDERING MOVANT TO PRODUCE VARIOUS DOCUMENTS; SETTING FURTHER BRIEFING SCHEDULE;  AND ORDERING MEET AND CONFER, TO BE ATTENDED BY BANK EMPLOYEE WITH AUTHORITY TO APPROVE A LOAN MODIFICATION OF DEBTOR'S LOAN**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **5/17/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
NONE

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **5/17/10**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| **Judge**<br>**Richard M. Neiter**<br>**U.S. Bankruptcy Court**<br>**Roybal Federal Building**<br>**255 E. Temple Street, Ste. 1652**<br>**Los Angeles, CA 90012-3332  (by hand delivery)** | |

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **5/17/10** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such

ORDER CONTINUING HEARING ON RELIEF FROM STAY MOTION; ORDERING MOVANT TO PRODUCE VARIOUS DOCUMENTS; SETTING FURTHER BRIEFING SCHEDULE;  AND ORDERING MEET AND CONFER, TO BE ATTENDED BY BANK EMPLOYEE WITH AUTHORITY TO APPROVE A LOAN MODIFICATION OF DEBTOR'S LOAN

1    service method) by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

2

3    Counsel for RFS Movant Bank of America, N.A., Angela M. Fontanini, ecfcacb@piteduncan.com
Counsel for RFS Movant Bank of America who appeared at 5/12/10 hearing: Eric Testan, Esq. of Pite Duncan to: etestan@piteduncan.com

4    Chapter 7 Trustee, Rosendo Gonzalez, rgonzalez@ecf.epiqsystems.com, gabgarcia@earthlink.net
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

5    Request for Special Notice, Counsel for Creditor VW Credit, Inc., Joe M. Lozano, notice@NBSDefaultServices.com

6    Request for Special Notice, Counsel for Creditor American Express Centurion Bank, Gilbert B. Weisman, notices@becket-lee.com

7    Interested Party Courtesy NEF, Alan Steven Wolf, wdk@wolffirm.com

8    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9    May 17, 2010      Kathleen P. March        /s/ Kathleen P. March

10    *Date*             *Type Name*             *Signature*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    **Language is identical to Form 9013-3.1(Proof of Service of Document) revised January 2009**

27

28    ORDER CONTINUING HEARING ON RELIEF FROM STAY MOTION; ORDERING MOVANT TO PRODUCE VARIOUS DOCUMENTS; SETTING FURTHER BRIEFING SCHEDULE;  AND ORDERING MEET AND CONFER, TO BE ATTENDED BY BANK EMPLOYEE WITH AUTHORITY TO APPROVE A LOAN MODIFICATION OF DEBTOR'S LOAN        7

| In re:<br><br>        **Joan Elizabeth Manning**<br><br>                                              **Debtor** | **CHAPTER: 7**<br><br>**CASE NUMBER:  2:10-bk-17937-RN** |
|---|---|

### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER CONTINUING HEARING ON RELIEF FROM STAY MOTION; ORDERING MOVANT TO PRODUCE VARIOUS DOCUMENTS; SETTING FURTHER BRIEFING SCHEDULE;  AND ORDERING MEET AND CONFER, TO BE ATTENDED BY BANK EMPLOYEE WITH AUTHORITY TO APPROVE A LOAN MODIFICATION OF DEBTOR'S LOAN**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **5/17/10**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Counsel for Debtor Joan Manning:The Bankruptcy Law Firm, PC, by Kathleen P. March to: kmarch@BKYLAWFIRM.com
Counsel for RFS Movant Bank of America, N.A., Angela M. Fontanini:  ecfcacb@piteduncan.com
Counsel for RFS Movant Bank of America who appeared at 5/12/10 hearing: Eric Testan, Esq. of Pite Duncan to: etestan@piteduncan.com
Chapter 7 Trustee, Rosendo Gonzalez, rgonzalez@ecf.epiqsystems.com, gabgarcia@earthlink.net
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
Request for Special Notice, Counsel for Creditor VW Credit, Inc., Joe M. Lozano, notice@NBSDefaultServices.com
Request for Special Notice, Counsel for Creditor American Express Centurion Bank, Gilbert B. Weisman, notices@becket-lee.com
Interested Party Courtesy NEF, Alan Steven Wolf, wdk@wolffirm.com

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Joan Elizabeth Manning
2200 Colorado Ave, Apt 248
Santa Monica, CA 90404

☐  Service information continued on attached page

ORDER CONTINUING HEARING ON RELIEF FROM STAY MOTION; ORDERING MOVANT TO PRODUCE VARIOUS DOCUMENTS; SETTING FURTHER BRIEFING SCHEDULE;  AND ORDERING MEET AND CONFER, TO BE ATTENDED BY BANK EMPLOYEE WITH AUTHORITY TO APPROVE A LOAN MODIFICATION OF DEBTOR'S LOAN          8

| In re: Joan Elizabeth Manning, Debtor<br>450 S. Burlington Partners, LLC<br>Debtor(s). | CHAPTER: 7<br>CASE NUMBER:  2:10-bk-17937-RN |
|---|---|

**1**

**2**

**3**    **III.**        **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile

**4**        transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email

**5**        address(es) indicated below:  **NONE**

**6**

**7**                                        ☐  Service information continued on attached page

**8**

**9**    <u>**ADDITIONAL SERVICE INFORMATION**</u> (if needed):

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**    **Language is identical to Form 9021-1.1 (Notice of Entered Order and Service List) revised January 2009**

**27**

**28**    ORDER CONTINUING HEARING ON RELIEF FROM STAY MOTION; ORDERING MOVANT TO
PRODUCE VARIOUS DOCUMENTS; SETTING FURTHER BRIEFING SCHEDULE;  AND
ORDERING MEET AND CONFER, TO BE ATTENDED BY BANK EMPLOYEE WITH AUTHORITY
TO APPROVE A LOAN MODIFICATION OF DEBTOR'S LOAN                9