Rosendo Gonzalez (State Bar No. 137352)
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013
Telephone:     (213) 452-0071
Facsimile:     (213) 452-0080

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES**

| | | |
|---|---|---|
| In re: | ) | Case No. 2:10-bk-17937-RN |
| | ) | |
| MANNING, JOAN ELIZABETH | ) | Chapter 7 |
| | ) | |
| | ) | **NOTIFICATION OF ASSET CASE** |
| | ) | |
| | ) | ***(NO BAR DATE FOR CLAIMS IS REQUIRED AT THIS TIME)*** |
| | ) | |
| Debtor(s). | ) | |
| | ) | {No Hearing Required} |

**TO Kathleen J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

PLEASE TAKE NOTICE that Rosendo Gonzalez, the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in this case. The Trustee has determined that there are insufficient funds on hand to make dividend payments to the creditors, therefore, no claims bar date should be fixed in this case, until further notice by the trustee.

Dated: June 9, 2010

*/s/ Rosendo Gonzalez*
ROSENDO GONZALEZ
Chapter 7 Trustee