MELODIE A. WHITSON (CA SBN 253992)
ANGELA M. FONTANINI (CA SBN 259743)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA1 TRUST

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOAN ELIZABETH MANNING,<br><br>Debtor(s). | Case No. 2:10-bk-17937-RN<br><br>Chapter 7<br><br>SUPPLEMENTAL DECLARATION OF SAMMY J. HOWELL IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:  July 7, 2010<br>TIME:  9:00 am<br>CTRM:  1645 |

I, Sammy J. Howell, declare:

1. I am employed as a CA Motions Specialist Supervisor by Prommis Solutions, Inc., on behalf of Pite Duncan, LLP. I am a legal assistant to the bankruptcy attorneys of Pite Duncan, LLP, including Melodie A. Whitson and Angela A. Fontanini. I know the following facts to be true of my own personal knowledge.

2. On June 17, 2010, I deposited in the U.S. Mail a copy of the Pooling and Servicing Agreement for Bank of America, National Association as successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2007-OA1 Trust (herein after "Servicing Agreement") in a stamped envelope addressed to the Honorable Richard M. Neiter.

/././

1

1 | A true and correct copy of the Chamber's Courtesy Letter included with the Servicing Agreement is
2 | attached hereto as Exhibit 1 and incorporated herein by reference.
3 |     I declare under penalty of perjury under the law of the United States of America that the
4 | foregoing is true and correct. Executed this 17th day of June, 2010, at San Diego, CA.

 

                                       SAMMY J. HOWELL
                                       CA Motions Specialist Supervisor

2



**PITE DUNCAN LLP**

*San Diego*

Steven W. Pite
John D. Duncan
Peter J. Salmon
David E. McAllister

Rochelle L. Stanford
Josephine E. Salmon
Laurel I. Handley
Daniel R. Gamez
Eddie R. Jimenez
Susan L. Pettit
Douglas A. Toleno
Cuong M. Nguyen
Casper J. Rankin
Charles A. Correia
Melodie A. Whitson
Brian A. Paino
Christopher McDermott
Jillian A. Benbow
Thomas N. Abbott
Drew A. Callahan
Natalie T. Nguyen
Caroline M. Roberts
Genail M. Anderson
Ellen Cha
Erin L. Lanes
Angela M. Fontanini
John B. Ackerman
William L. Partridge
Christopher L. Peterson
Jason W. Short
Jason J. Eliaser
Joseph C. Delmotte
Gabriel Ozel
Balpreet K. Thiara
Stefanie A. Schiff
Anne W. Hamann
Paul Chelem
Theo E. Pham
Travis E. Lilles

*Orange County*

Elana I. Moeder
Bryan T. Brown
Eric J. Testan
Christopher J. Donewald
Catherine E. Vanh
David M. Liu

*Arizona Office*
Christina M. Harper
Kyle J. Shelton
Charles L. Firestein
Phoenix, AZ

*Hawaii Office*
David B. Rosen
Honolulu, HI

*Nevada Office*
Gregg A. Hubley
Are C. Van Patten
Christina N. Bhirud
Beau Bennett
Allison R. Schmidt
Christopher A. J. Swift
Las Vegas, NV

*Texas Office*
Claire A. Mock
Tracy D. Fink
William P. Weaver, Jr.
San Antonio, TX

*Washington Office*
Jesse Baker
Shannon L. Kingston
Seattle, WA

June 17, 2010

Chambers of Honorable Richard M. Neiter
Central District of California - Los Angeles Division
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1652
Los Angeles, CA 90012-3332

Re:  In re Manning, Joan Elizabeth
     Bankruptcy Case No.: 2:10-bk-17937-RN
     Our File No.: 000018-2241422-M
     Enclosure(s): Pooling and Servicing Agreement for Bank of America, National Association as successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2007-OA1 Trust

To Whom it May Concern:

Pursuant to the Honorable Richard M. Neiter's instructions, attached please find a copy of the Pooling and Servicing Agreement for Bank of America, National Association as successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2007-OA1 Trust.

Please contact our office if you have any questions or concerns regarding this matter.

Thank you.

Very truly yours,

Sammy J. Howell
Legal Assistant

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii, Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
See above or visit www.piteduncan.com re individual attorney admissions.

**Exhibit 1
Page 1**

| | |
|---|---|
| In re:<br>JOAN ELIZABETH MANNING Debtor(s), and ROSENDO GONZALEZ, Chapter 7 Trustee | CHAPTER 7<br><br>CASE NUMBER 2:10-BK-17937-RN |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

The foregoing document described SUPPLEMENTAL DECLARATION OF SAMMY J. HOWELL IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 17, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U.S. Trustee served pursuant to Local Bankruptcy Rule 2002-2(a) (2)

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 17, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Richard M. Neiter
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1652
Los Angeles, CA 90012-3332

Kathleen P. March
10524 W Pico Blvd Ste 212
Los Angeles, CA 90064-2346

Louis J Esbin
27201 Tourney Rd Ste 122
Valencia, CA 91355-1804
Email: Esbinlaw@sbcglobal.net

Joan Elizabeth Manning
2200 Colorado Avenue, Apartment 248
Santa Monica, CA 90404

Rosendo Gonzalez
530 S. Hewitt Street, Suite 148
Los Angeles, CA 90013

Washington Mutual Bank
c/o Managing or Servicing Agent
3980 S. Babcock St.
Melbourne, FL 32901

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 17, 2010 | Sammy J. Howell | /s/ Sammy J. Howell |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                 F 9013-3.1