1  MELODIE A. WHITSON (CA SBN 253992)
   ANGELA M. FONTANINI (CA SBN 259743)
   PITE DUNCAN, LLP
2  4375 Jutland Drive, Suite 200
   P.O. Box 17933
3  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
4  Facsimile: (619) 590-1385

5  Attorneys for BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY
6          MERGER TO LASALLE BANK NA AS TRUSTEE FORWAMU MORTGAGE
           PASS-THROUGH CERTIFICATES SERIES 2007-OA1 TRUST

7

8

9                    UNITED STATES BANKRUPTCY COURT

10          CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

11  | In re | Case No. 2:10-bk-17937-RN |
12  | JOAN ELIZABETH MANNING, | Chapter 7 |
13  | Debtor(s). | SUPPLEMENTAL DECLARATION OF MICHAEL LEEWRIGHT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY |

DATE:        July 7, 2010
TIME:        9:00 am
CTRM:        1645

255 E. Temple Street
Los Angeles, CA  90012

20      I, Michael Leewright, declare:

21      1.      I am employed as a CA Motions Specialist by Prommis Solutions, Inc., on behalf of

22  Pite Duncan, LLP.  I am a legal assistant to the bankruptcy attorneys of Pite Duncan, LLP, including

23  Melodie A. Whitson and Angela A. Fontanini.  I know the following facts to be true of my own

24  personal knowledge.

25      2.      On June 18, 2010, I deposited in the U.S. Mail a copy of the Adjustable Rate Note,

26  Allonge to Mortgage Note and Prepayment Fee Note Addendum for Bank of America, National

27  Association as successor by merger to LaSalle Bank NA as trustee forWaMu Mortgage Pass-

28  Through Certificates Series 2007-OA1 Trust (herein after "Note") in a stamped envelope addressed

1  to the Honorable Richard M. Neiter.  A true and correct copy of the Chamber's Courtesy Letter

2  included with the Adjustable Rate Note, Allonge to Mortgage Note and Prepayment Fee Note

3  Addendum is attached hereto as Exhibit 1 and incorporated herein by reference.

4       I declare under penalty of perjury under the law of the United States of America that the

5  foregoing is true and correct. Executed this 18th day of June, 2010, at San Diego, CA.

6

7                                        /s/ Michael Leewright
                                         MICHAEL LEEWRIGHT
8                                        CA Motions Specialist

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

| | |
|---|---|
| In re:<br>JOAN ELIZABETH MANNING Debtor(s), and ROSENDO GONZALEZ, Chapter 7 Trustee | CHAPTER 7<br><br>CASE NUMBER 2:10-BK-17937-RN |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

The foregoing document described SUPPLEMENTAL DECLARATION OF MICHAEL LEEWRIGHT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 18, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U.S. Trustee served pursuant to Local Bankruptcy Rule 2002-2(a) (2)

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 18, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge _will be_ completed no later than 24 hours after the document is filed.

Honorable Richard M. Neiter
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1652
Los Angeles, CA  90012-3332

Kathleen P. March
10524 W Pico Blvd Ste 212
Los Angeles, CA 90064-2346

Louis J Esbin
27201 Tourney Rd Ste 122
Valencia, CA 91355-1804

Joan Elizabeth Manning
2200 Colorado Avenue, Apartment 248
Santa Monica, CA 90404

Rosendo Gonzalez
530 S. Hewitt Street, Suite 148
Los Angeles, CA 90013

Washington Mutual Bank
c/o Managing or Servicing Agent
3980 S. Babcock St.
Melbourne, FL 32901

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I    served    the    following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. _Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed._

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 18, 2010 | Michael Leewright | /s/ Michael Leewright |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                                                     **F 9013-3.1**