```
 1  BALPREET THIARA (CA SBN 265150)
    ANGELA M. FONTANINI (CA SBN 259743)
 2  ERIC TESTAN (CA SBN 268919)
    PITE DUNCAN, LLP
 3  4375 Jutland Drive, Suite 200
    P.O. Box 17933
 4  San Diego, CA 92177-0933
    Telephone: (858) 750-7600
 5  Facsimile:  (619) 590-1385
    Attorneys for BANK OF AMERICA, NATIONAL
 6  ASSOCIATION AS SUCCESSOR BY MERGER
    TO LASALLE BANK NA AS TRUSTEE FOR
 7  WAMU MORTGAGE PASS-THROUGH
    CERTIFICATES SERIES 2007-OA1 TRUST
 8
    KATHLEEN P. MARCH (CA SBN 80366)
 9  THE BANKRUPTCY LAW FIRM, PC
    10524 W. Pico Blvd, Suite 212
10  LA, CA 90064
    Telephone:  310-559-9224
11  Fax:  310-559-9133
    Email:  kmarch@BKYLAWFIRM.com
12  Bankruptcy Counsel to Debtor Joan Elizabeth Manning
13
                    UNITED STATES BANKRUPTCY COURT
14
         CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION
15
```

| | |
|---|---|
| In re | Case No. 2:10-bk-17937-RN |
| JOAN ELIZABETH MANNING, | Chapter 7 |
| Debtor(s) | STIPULATION TO CONTINUE HEARING ON MOVANT BANK'S MOTION FOR RELIEF FROM STAY, TO GIVE PARTIES MORE TIME TO TRY TO COMPLETE A LOAN MODIFICATION THAT WOULD MOOT MOVANT'S MOTION; AND DUE TO DEBTOR COUNSEL HAVING FAMILY CONFLICT ON 7/7/10 |
| | <u>Present Hearing Date:</u><br>Date:  July 7, 2010<br>Time:  9:00 a.m.<br>Ctrm:  1645, 255 E. Temple Street<br>         Los Angeles, CA 90012 |
| | <u>Continued Hearing Date, per this Stipulation, to be:</u><br>Date:  July 13, 2010<br>Time:  9:00am<br>Ctrm:  same as above |

STIPULATION TO CONTINUE HEARING ON MOVANT BANK'S MOTION FOR RELIEF
FROM STAY - 1 -

Bank of America, National Association as successor by merger to LaSalle Bank NA as trustee for WaMu Mortgage Pass-Through Certificates Series 2007-OA1 Trust (hereinafter "Movant Bank"), by and through its counsel of record, Pite Duncan LP, by Angela M. Fontanini, Esq.; Debtor, Joan Elizabeth Manning ("Debtor Manning"), by and through her respective attorney of record, The Bankruptcy Law Firm, PC, by Kathleen P. March, Esq.; in the within matter, hereby <u>STIPULATE</u> Re: Motion for Relief from the Automatic Stay in regard to the real property commonly described as 603 Ocean Avenue #1A, Santa Monica, California 90402 (hereinafter the "Manning Real Property"), which is more fully described as AN UNDIVIDED 1/22ND INTEREST IN AND TO LOT 1, OF TRACT NO. 46572, IN THE CITY OF SANTA MONICA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1133 PAGE(S) 41 AND 42 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, <u>as follows</u>:

1. Movant Bank, and Debtor Manning, hereby stipulate that the July 7, 2010 at 9:00am continued hearing of Bank of American's Motion for Relief from Stay shall be <u>further continued, until July 13, 2010</u>, at 9:00am, in Courtroom 1645 of the Hon. R. Neiter, located at 255 E. Temple Street, LA, CA 90012 , to give time for the parties to try to complete a loan modification of the loan that is the subject of the Motion for Relief from Stay, because completing loan modification would moot the Motion for Relief from Stay, and because Debtor counsel has a family conflict on 7/7/10.

2. Movant Bank and Debtor Manning stipulate that Debtor Manning's further Response to Bank's Motion for Relief from Stay, due on 6/23/10, shall instead be due on 6/30/10.

Movant Bank and Debtor Manning further stipulate that the Status Report, due June 23, 2010, shall instead be due on 6/30/2010.

STIPULATION TO CONTINUE HEARING ON MOVANT BANK'S MOTION FOR RELIEF FROM STAY - 2 -

3. A continuance Order with the above terms shall be e-lodged by counsel for Debtor.

4. The parties report to the court that they are close to signing a more extensive stipulation, which they hope to sign and e-file shortly, regarding a schedule for leasing out the Manning Real Property, and proceeding with submission and review of loan modification application.

IT IS SO STIPULATED:

Dated: June 23, 2010        THE BANKRUPTCY LAW FIRM, PC

_See next page for signature_

By Kathleen P. March, Esq.

Bankruptcy Counsel to Debtor Joan Manning

and by

Dated: June 23, 2010        PITE DUNCAN, LLP
By: _See next page for signature_
Casper Rankin, Esq.
Attorneys for BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA1 TRUST

STIPULATION TO CONTINUE HEARING ON MOVANT BANK'S MOTION FOR RELIEF FROM STAY - 3 -

3.   A continuance Order with the above terms shall be e-lodged by counsel for Debtor.

4.   The parties report to the court that they are close to signing a more extensive stipulation, which they hope to sign and e-file shortly, regarding a schedule for leasing out the Manning Real Property, and proceeding with submission and review of loan modification application.

IT IS SO STIPULATED:

Dated: June 23, 2010           THE BANKRUPTCY LAW FIRM, PC

                                              By Kathleen P. March, Esq.
                                              Bankruptcy Counsel to Debtor Joan Manning

and by

Dated: June 23, 2010           PITE DUNCAN, LLP
                                              By:_____
                                              Casper Rankin, Esq.
                                              Attorneys for BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA1 TRUST

STIPULATION TO CONTINUE HEARING ON MOVANT BANK'S MOTION FOR RELIEF FROM STAY - 3 -

| In re: | CHAPTER 7 |
|---|---|
| Joan Elizabeth Manning | CASE NUMBER 2:10-bk-17937-RN |
| Debtor(s). | |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10524 W. Pico Blvd., Suite 212, Los Angeles, CA 90064**

A true and correct copy of the foregoing document described as **STIPULATION TO CONTINUE HEARING ON MOVANT BANK'S MOTION FOR RELIEF FROM STAY, TO GIVE PARTIES MORE TIME TO TRY TO COMPLETE A LOAN MODIFICATION THAT WOULD MOOT MOVANT'S MOTION; AND DUE TO DEBTOR COUNSEL HAVING FAMILY CONFLICT ON 07/07/10** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 23, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Counsel for RFS Movant Bank of America, N.A., Angela M. Fontanini, ecfcacb@piteduncan.com
Chapter 7 Trustee, Rosendo Gonzalez, rgonzalez@ecf.epiqsystems.com, gabgarcia@earthlink.net
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Request for Special Notice, Counsel for Creditor VW Credit, Inc., Joe M. Lozano, notice@NBSDefaultServices.com
Request for Special Notice, Counsel for Creditor American Express Centurion Bank, Gilbert B. Weisman, notices@becket-lee.com
Interested Party Courtesy NEF, Alan Steven Wolf, wdk@wolffirm.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **June 23, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| **Judge**<br>Richard M. Neiter<br>U.S. Bankruptcy Court<br>Roybal Federal Building<br>255 E. Temple Street, Ste. 1652<br>Los Angeles, CA 90012-3332 (by hand delivery) | **Debtor**<br>Joan Manning<br>2200 Colorado Avenue, Apt. 248<br>Santa Monica, CA 90404 |
|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                          F 9013-3.1

Pg 5

| In re: | CHAPTER 7 |
|---|---|
| Joan Elizabeth Manning | CASE NUMBER 2:10-bk-17937-RN |
| Debtor(s). | |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 23, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

Counsel for RFS Movant Bank of America, N.A., Casper J. Rankin, crankin@piteduncan.com
Counsel for RFS Movant Bank of America, N.A., Eric J. Testan, etestan@piteduncan.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 23, 2010 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

pg. 6